JOHNIE HARRIS v. THE STATE.

No. 9757, Delivered October 14, 1925.

**Robbery—No Statement of Facts—No Bill of Exception.**

No bill of Exception nor statement of facts appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of robbery; penalty, five years in the State penitentiary.

No brief filed for appellant.

*Shelby S. Cox,* District Attorney, *Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The appellant was convicted in the district court of Dallas County for the offense of robbery, and his punishment assessed at confinement in the penitentiary for a term of five years.

The record is before us without bills of exception or statement of facts and there being no error shown therein, it is ordered that the judgment be in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.